# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0330

VERSUS

CLAYTON WILSON                                        AUGUST 17, 2020

_____

In Re:     Clayton Wilson, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 07-15-0442.

_____

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** In all respects, the claims presented by relator in the first application for postconviction relief are denied. Furthermore, relator's claim that his conviction was obtained with an improperly constituted jury is waived by his failure to raise this issue in a pretrial motion to quash. See **State v. Armentor**, 2019-1267 (La. App. 1st Cir. 7/31/20), ___ So.3d ___, 2020 WL 4381566, and **State v. Thornton**, 2019-1029 (La. App. 1st Cir. 7/23/20), ___ So.3d ___, 2020 WL 4218268.

PMc
JEW

**Holdridge, J.**, dissents. I would grant the writ for the reasons more fully expressed in my dissent in **State v. Armentor**, 2019-1267 (La. App. 1st Cir. 7/31/20), ___ So.3d ___, 2020 WL 4381566. We accept the fair-cross-section requirement as fundamental to the jury trial guaranteed by the Sixth Amendment and are convinced that the requirement has solid foundation. See La. Code Crim. P. art. 419(A); **Taylor v. Louisiana**, 419 U.S. 522, 530-31, 95 S.Ct. 692, 697-98, 42 L.Ed.2d 690 (1975). Thus, the exclusions of all individuals who were born after June 2, 1993, from criminal juries in East Baton Rouge Parish excluded a large, identifiable segment of the community from jury participation. Said exclusion, especially for a criminal defendant who is a member of the excluded group, denies a defendant his fundamental right to a constitutionally guaranteed jury trial. See **State v. Cannon**, 2019-590 (La. 4/18/19), 267 So.3d 585, 585-86 (per curiam). Therefore, I would remand this matter to the district court for a full evidentiary hearing on who was excluded, how many young people would be in the venire if they were not automatically excluded, and was relator denied a fair trial.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
           FOR THE COURT